# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John Robbenhaar

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-MJ-2135 | UNITED STATES vs. LAWEKA | |
| Hearing Date: | 7/18/2019 | Time In and Out: | 10:04 am – 10:09 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Cody Jensen Laweka | Defendant's Counsel: | Brian Pori for this hearing only |
| AUSA | Jonathan Gerson | Pretrial/Probation: | A. Galaz |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain     ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing     on July 19, 2019     @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to _____ for final revocation hearing
- ☐