# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John Robbenhaar

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19-MJ-2135 | UNITED STATES vs. LAWEKA | |
| Hearing Date: | 7/19/2019 | Time In and Out: | 9:48 am – 9:50 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Cody Jensen Laweka | Defendant's Counsel: | Joe Romero, Jr. |
| AUSA | Jonathan Gerson | Pretrial/Probation: | A. Galaz |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant wants Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for           on           @

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary hearing
- ☒ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to      for final revocation hearing
- ☐