IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.   Cause No. 19 MJ 2135-JFR

CODY JENSEN LAWEKA,

Defendant.

ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court, having been informed of the circumstances, now finds the ends of justice served by granting the request to toll the speedy indictment computation. The Court expressly finds that the public's interest in a speedy indictment is outweighed by (1) the public's interest in the potential for pre-indictment resolution of this case, which would result in a quicker resolution of the case, and which would spare the judicial, prosecutorial, defense, and law enforcement resources that would be expended if this case proceeded to trial; and (2) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED that a period of time not to exceed ninety (60) days, for an aggregate total of 90 days, is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. §3161 (h)(7)(A).

_____
UNITED STATES MAGISTRATE JUDGE